UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TURNER, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLV ENERGY, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:23−cv−01526−KES−CDB<br><br>**ORDER GRANTING JOINT STIPULATION RE: STAY OF LITIGATION**<br><br>Trial Date: N/A<br>Complaint Filed:　　July 14, 2023 |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

ORDER GRANTING JOINT STIPULATION
RE: STAY  1:23−CV−01526−KES−CDB

**Error! Unknown document property name.**

# **ORDER**

Pursuant to the Parties' Stipulation and for good cause shown, it is ORDERED THAT:

1. This case is stayed in its entirety for ninety (90) days; and
2. Neither party waives any argument, or the right to file any motion or brief, during or due to the Parties' requested stay.

IT IS SO ORDERED.

Dated:   February 10, 2025

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

ORDER GRANTING JOINT STIPULATION
RE: STAY  1:23−CV−01526−KES−CDB

Error! Unknown document property name.