UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TURNER, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLV ENERGY, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:23-cv-01526-KES-CDB<br><br>**ORDER GRANTING JOINT STIPULATION RE: EXTENSION OF STAY OF LITIGATION**<br><br>(Doc. 29) |

Pursuant to the parties' stipulation, Doc. 29, and for good cause shown, it is HEREBY ORDERED THAT:

1. This case is stayed in its entirety until thirty (30) days after the parties' June 9, 2025 mediation; and

2. Neither party waives any argument, or the right to file any motion or brief, during or due to the parties' requested stay.

IT IS SO ORDERED.

Dated:  May 14, 2025

UNITED STATES DISTRICT JUDGE

1