DOUGLAS HAN (SBN 232858)
dhan@justicelawcorp.com
SHUNT TATAVOS-GHARAJEH (SBN 272164)
statavos@justicelawcorp.com
CHRISTOPHER PETERSEN (SBN 260631)
cpetersen@justicelawcorp.com
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for* Plaintiff Terry Turner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TURNER, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br><br>SOLV ENERGY, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 1:23-cv-01526-KES-CDB<br><br>**PUTATIVE CLASS ACTION**<br><br>Honorable Kirk E. Sherriff<br><br>**STIPULATION AND ORDER TO REMAND REMOVED ACTION**<br><br>Complaint Filed: July 14, 2023<br>Removal Filed:  October 25, 2023<br>Trial Date:        None Set |

1

ELIZABETH STAGGS-WILSON (SBN 183160)
estaggs-wilson@littler.com
JAMES PAYER (SBN 292158)
jpayer@littler.com
**LITTLER MENDELSON P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: (213) 443-4300
Facsimile: (800) 715-1330

RACHAEL LAVI (SBN 294443)
rlavi@littler.com
**LITTLER MENDELSON P.C.**
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

*Attorneys for* Defendant Solv Energy, LLC

TERRY TURNER ("Plaintiff") and SOLV ENERGY, LLC ("Defendant") (collectively "the Parties") stipulate as follows:

1. WHEREAS, on July 14, 2023, Plaintiff commenced an action in the Superior Court of California, County of Kern, entitled TERRY TURNER, individually, and on behalf of other members of the general public similarly situated; SOLV ENERGY, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive; Defendants (Case No. BCV-23-102287) ("Action").

2. WHEREAS, on October 25, 2023, the Action was removed to the United States District Court for the Eastern District of California (Case No. 1:23-cv-01526-KES-CDB).

3. WHEREAS, on June 9, 2025, the Parties attended a mediation with the mediator Lisa Klerman and reached an agreement on the principal terms to settle this Action via a mediator's proposal.

4. WHEREAS, in connection with the settlement of the Action, the Parties agreed to stipulate to remand this Action back to the Superior Court of California, County of Kern.

5. WHEREAS, the Parties agreed that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remanding of this Action pursuant to this stipulation and order.

/ / /

/ / /

/ / /

NOW THEREFORE, the Parties hereby stipulate and jointly request that the Court issue an order as follows:

    1.    This Action is remanded back to the Superior Court of California, County of Kern; and

    2.    Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remanding of this Action pursuant to this Stipulation and Order.

**IT IS SO STIPULATED.**

Dated: August 7, 2025                      **JUSTICE LAW CORPORATION**

By: /s/ Douglas Han
Douglas Han
Shunt Tatavos-Gharajeh
Christopher Petersen
*Attorneys for* Plaintiff

Dated: August 4, 2025                      **LITTLER MENDELSON P.C.**

By: /s/ James Payer (as authorized on August 4, 2025)
Elizabeth Staggs-Wilson
James Payer
Rachael Lavi
*Attorney for* Defendant

**ORDER**

Upon Consideration of the stipulation, it is hereby ordered that this Action is REMANDED to the Superior Court of California, County of Kern.  Each party shall bear their own attorneys' fees and costs in connection with the removal and subsequent remanding of this Action.

The Clerk of the Court is directed to mail a copy of this order to the clerk of the Superior Court, County of Kern and to close this case.

IT IS SO ORDERED.

Dated:   August 7, 2025

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO REMAND